UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VELVET WILLIAMS,

Plaintiff,

-against-

HELP USA INC.,

Defendant.

1:26-CV-8201 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, United States District Judge:

Plaintiff Velvet Williams, of the Bronx, New York, appears *pro se* and asserts claims of retaliation and of color- and race-based employment discrimination under Title VII of the Civil Rights Act of 1964. She names as Defendant her former employer, HELP USA, Inc. The Court construes Plaintiff's complaint as additionally asserting claims of retaliation and of race-based employment discrimination under 42 U.S.C. § 1981, and of retaliation and of color- and race-based employment discrimination under the New York State and City Human Rights Laws.

By order dated October 6, 2026, the court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP"). The Court directs service on Defendant.

## DISCUSSION

### A. Service on the Defendant

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the assistance of the court and the United States Marshals Service ("USMS") to effect service on the Defendant.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C.

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") generally requires that a summons and the complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served a summons and the complaint on Defendant until the Court reviewed the complaint and ordered that a summons be issued for Defendant. The Court therefore extends the time to serve Defendant with a summons and the

Case 1:26-cv-08201-JGK Document 5-1 (Court only) Filed 11/06/26 Page 2 of 4

§ 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to issue a summons for Defendant and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint on Defendant.

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

**B. City Bar Justice Center**

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist parties representing themselves in civil actions filed in this court.[2] Appointments can be scheduled by completing the CBJC's intake form. If Plaintiff is not able to complete this form, or if Plaintiff has questions about the form, she should call (212) 382-4794. A flyer with details is attached.

---

complaint until 90 days after the date that a summons for Defendant is issued. If a summons and the complaint are not served on Defendant within 90 days from the date that a summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) (summary order) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

[2] The CBJC is a private organization that is not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

**CONCLUSION**

The Court directs the Clerk of Court to mail an information package to Plaintiff.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[3]

The Court also directs the Clerk of Court to issue a summons for Defendant HELP USA, Inc., complete a USM-285 form with the service address of that Defendant, and deliver all documents necessary to effect service of a summons and the complaint on that Defendant to the USMS.

The Clerk of Court is respectfully directed to mail a copy of this order to any self-represented party who has not consented to e-service or who has not been granted e-filing privileges.

SO ORDERED.

Dated:
New York, New York
11/20/26

John G. Koeltl
JOHN G. KOELTL
United States District Judge

[3] If Plaintiff consents to receive documents by email, she will no longer receive court documents by regular mail.

**SERVICE ADDRESS FOR DEFENDANT**

HELP USA, Inc.
115 East 13th Street
New York, New York 10003